JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PENICK-NORDIC, JV, A JOINT VENTURE,<br><br>        Plaintiff,<br><br>   v.<br><br>~~INTERSTATE PLUMBING & AIR CONDITIONING, LP, A CALIFORNIA LIMITED PARTNERSHIP~~; NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURG, PA, PENNSYLVANIA CORPORATION; AND DOES 1 THROUGH 100,<br><br>        Defendants. | Case No. EDCV 12-01939-VAP (SPx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITH PREJUDICE.  The Court orders that such judgment be entered.

Dated: <u>August 5, 2013</u>

                                                VIRGINIA A. PHILLIPS
                                    United States District Judge